

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMALJEET SINGH,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE; JOSEPH FREDEN; TODD M. LYONS; SIRCE OWEN; KRISTI NOEM; PAM BONDI,<br><br>　　　　　　　　　Respondents. | Case No.:  25-cv-3239-JO-AHG<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]** |

Petitioner Kamaljeet Singh ("Petitioner") filed a petition for writ of habeas corpus. Dkt. 1.  On December 2, 2025, the Court held oral argument on the petition.  For the reasons stated on the record at oral argument, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the second claim for relief, brought under the Fifth Amendment Due Process Clause.

(2) Respondents are ORDERED to release Petitioner by 12 p.m. on December 3, 2025, and to file an affidavit attesting to Petitioner's release by 5 p.m. on December 8, 2025.

(3) Respondents are ENJOINED from redetaining Petitioner without a pre-deprivation hearing before an immigration judge where the Government bears

the burden of proving by clear and convincing evidence that circumstances have materially changed, rendering Petitioner a danger to the community or a flight risk.

(4) Respondents shall file a written declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: December 2, 2025

_____

Honorable Jinsook Ohta
United States District Judge

25-cv-3239-JO-AHG